IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re: | Bankruptcy No. 13-20166-ref |
|---|---|
| PATRICK JULES, | Chapter 13 |
| Debtor, | Doc. No. |

## ORDER OF COURT

**AND NOW**, upon consideration of the Motion to Restrict Access and Authorize Filing of Replacement Proof of Claim and Objection to Confirmation of Plan **(No. #8-1 and Docket No. 28)** filed by **Ditech Financial, LLC**;

**AND**, the Court concluding that the subject Proof of Claim and Objection in Confirmation of Plan (including attachments) **(No. 8-1 and Docket No. 28)** fails to comply with Fed. R. Bankr. P. 9037;

It is therefore **ORDERED** that:

1. This Motion is **GRANTED**.

2. The Clerk **SHALL PROHIBIT PUBLIC ACCESS** to **Claim No. 8-1 on the Claims Register and Docket No. 28 forthwith**.

**Ditech Financial, LLC** shall file redacted copies of the document(s) identified in Paragraph 2 above **on or before February 17, 2017**.

Dated:_____

**Date: February 6, 2017**

BY THE COURT:

_____
Hon. Richard E. Fehling
U.S. Bankruptcy Court Judge