United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Patrick Jules  
Patrick Jules  
    Debtors

Case No. 13-20166-ref  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4    User: Keith    Page 1 of 1    Date Rcvd: Feb 06, 2017  
                    Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 08, 2017.  
db        +Patrick Jules,   MAILING ADDRESS:,   PO Box 637,   Orefield, PA 18069-0637

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 08, 2017                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 6, 2017 at the address(es) listed below:  
      ANN E. SWARTZ   on behalf of Creditor   LoanCare, A Division of FNF Servicing, Inc.  
       ecfmail@mwc-law.com,   ecfmail@mwc-law.com  
      BARTON KNOCHENMUS   on behalf of Debtor Patrick   Jules knochenmuslaw@gmail.com  
      CELINE P. DERKRIKORIAN   on behalf of Creditor   LoanCare, A Division of FNF Servicing, Inc.  
       ecfmail@mwc-law.com  
      CELINE P. DERKRIKORIAN   on behalf of Creditor   The Bank of New York Mellon ecfmail@mwc-law.com  
      D. TROY SELLARS   on behalf of Creditor   Green Tree Servicing LLC, as authorized services et al  
       tsellars@cozen.com  
      D. TROY SELLARS   on behalf of Creditor   BANK OF AMERICA, N.A. tsellars@cozen.com  
      D. TROY SELLARS   on behalf of Creditor   The Bank of New York Mellon tsellars@cozen.com  
      FREDERICK L. REIGLE   ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com  
      JEROME B. BLANK   on behalf of Creditor   The Bank of New York Mellon paeb@fedphe.com  
      JOSEPH PATRICK SCHALK   on behalf of Creditor   BANK OF AMERICA, N.A. paeb@fedphe.com,  
       cbrelje@barley.com  
      JOSHUA ISAAC GOLDMAN   on behalf of Creditor   Nationstar Mortgage LLC bkgroup@kmllawgroup.com,  
       bkgroup@kmllawgroup.com  
      LISA MARIE CIOTTI   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,  
       ecf_frpa@trustee13.com  
      MARIO J. HANYON   on behalf of Creditor   The Bank of New York Mellon paeb@fedphe.com  
      MARISA MYERS COHEN   on behalf of Creditor   The Bank of New York Mellon mcohen@mwc-law.com  
      PETER J. ASHCROFT   on behalf of Creditor   Ditech Financial LLC FKA Green Tree Servicing LLC  
       pashcroft@bernsteinlaw.com,  
       pghecf@bernsteinlaw.com;pashcroft@ecf.courtdrive.com;ckutch@ecf.courtdrive.com;cabbott@ecf.courtdrive.com  
      United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
                              TOTAL: 16

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re: | Bankruptcy No. 13-20166-ref |
|---|---|
| PATRICK JULES, | Chapter 13 |
| Debtor, | Doc. No. |

## ORDER OF COURT

**AND NOW**, upon consideration of the Motion to Restrict Access and Authorize Filing of Replacement Proof of Claim and Objection to Confirmation of Plan **(No. #8-1 and Docket No. 28)** filed by **Ditech Financial, LLC**;

**AND**, the Court concluding that the subject Proof of Claim and Objection in Confirmation of Plan (including attachments) **(No. 8-1 and Docket No. 28)** fails to comply with Fed. R. Bankr. P. 9037;

It is therefore **ORDERED** that:

1.    This Motion is **GRANTED**.

2.    The Clerk **SHALL PROHIBIT PUBLIC ACCESS** to **Claim No. 8-1 on the Claims Register and Docket No. 28 forthwith**.

**Ditech Financial, LLC** shall file redacted copies of the document(s) identified in Paragraph 2 above **on or before February 17, 2017**.

Dated:_____

**Date: February 6, 2017**

BY THE COURT:

_____
Hon. Richard E. Fehling
U.S. Bankruptcy Court Judge